

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00271-CR

Ric Duane **MARLEY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR10059
Honorable Ray Olivarri, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED June 25, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice